# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

DUSTY LEITZKE,
on behalf of herself and all others
similarly situated,

        Plaintiff,

v.

Case No. 8:19-cv-02174-VMC-AEP

JPMORGAN CHASE BANK, N.A.,

        Defendant.

## CASE MANAGEMENT REPORT

The parties have agreed on the following dates and discovery plan pursuant to Fed. R. Civ. P. 26(f) and Local Rule 3.05(c):

| **DEADLINE OR EVENT** | **AGREED DATE** |
|---|---|
| **Certificate of Interested Persons and Corporate Disclosure Statement** | 10/25/19 |
| **Defendant's Motion to Compel Arbitration** | 11/4/19 |
| **Plaintiffs' Opposition to Motion to Compel Arbitration** | 12/4/19 |
| **Mandatory Initial Disclosures** | 11/11/19 |
| **Plaintiffs' Motion for Conditional Certification** | 11/15/19 |
| **Defendant's Opposition to Conditional Certification** | 12/16/19 |
| **Post-Certification Briefing Court Conference to be held within 14 days of either Court Denying Conditional Certification and Notice or End of Opt-In Period if Notice is granted.[1]** | |

| | |
|---|---|
| *s/ Gregg I. Shavitz* | *s/ Mark E. Zelek* |
| Gregg I. Shavitz | Mark E. Zelek (Florida Bar No. 667773) |
| SHAVITZ LAW GROUP, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| 951 Yamato Road, Suite 285 | 200 South Biscayne Boulevard, Suite 5300 |
| Boca Raton, Florida 33431 | Miami, FL 33131-2339 |
| Tel: (561) 447-8888 | Tel: +1-305-415-3303 |
| Fax: (561) 447-8831 | eFax: +1-877-432-9652 |

---

[1] Because this is a putative FLSA collective action, the parties will propose deadlines for close of discovery, dispositive motions, pretrial statements, pretrial conference and trial once certification is decided and the scope of the case is clear.

eMail: gshavitz@shavitzlaw.com

Rowdy B. Meeks, Kansas Bar No.16068
*pro hac vice motion pending*
ROWDY MEEKS LEGAL GROUP LLC
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208
Tel: (913) 766-5585
Fax: (816) 875-5069
eMail: Rowdy.Meeks@rmlegalgroup.com

*Counsel for Plaintiff*
*Dusty Leitzke*

eMail: mark.zelek@morganlewis.com

Sari M. Alamuddin (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP
77 W. Wacker Drive
Chicago, IL 60601
Tel: +1-312-324-1000
Fax: +1-312-324-1001
eMail: sari.alamuddin@morganlewis.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of October, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Rowdy B. Meeks
ROWDY MEEKS LEGAL GROUP LLC
8201 Mission Rd., Suite 250
Prairie Village, KS 66208
rowdy.meeks@rmlegalgroup.com

Gregg Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
gshavitz@shavitzlaw.com

                                              s/ *Mark E. Zelek*
                                              Mark E. Zelek